No. 80–336. Brubeck et al. v. Florida. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of substantial federal question. Justice Brennan, Justice Marshall, and Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 79–1567. Virginia Citizens for Better Reclamation, Inc., et al. v. Virginia Surface Mining & Reclamation Assn., Inc., et al. Appeal from D. C. W. D. Va. Judgment vacated and case remanded for further consideration in light of *Hodel* v. *Virginia Surface Mining & Reclamation Assn., Inc.*, 452 U. S. 264 (1981).

No. 80–49. Watt, Secretary of the Interior, et al. v. Star Coal Co. Appeal from D. C. S. D. Iowa. Judgment vacated and case remanded for further consideration in light of *Hodel* v. *Virginia Surface Mining & Reclamation Assn., Inc.*, 452 U. S. 264 (1981), and *Hodel* v. *Indiana,* 452 U. S. 314 (1981).